UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00006-MOC *SEALED*

| | | |
|---|---|---|
| **MEGAN PARKER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **COMMUNITY CAREPARTNERS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Joint Notice of Election to Decline Intervention. Having considered the government's Joint Notice of Election to Decline Intervention and reviewed the pleadings, the court enters the following Order.

**ORDER**

It appearing that the United States and the State of North Carolina having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the North Carolina False Claims Act, N.C. Gen. Stat. § 1-605 et seq., **IT IS, THEREFORE, ORDERED** that:

1. the Complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the Complaint;

3. the seal is **LIFTED** as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of North Carolina, as provided for in 31 U.S.C. § 3730(c)(3) and N.C. Gen. Stat. § 1-609(f). The United States and the State of North Carolina may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States and the State of North Carolina;

6. all orders of this Court shall be sent to the United States and the State of North Carolina; and

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties shall obtain or the Court will solicit the written consent of the United States and the State of North Carolina before ruling or granting its approval.

Signed: June 6, 2016

Max O. Cogburn Jr
United States District Judge