UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00006-MOC-DLH

| | | |
|---|---|---|
| **MEGAN PARKER, et al.,** | ) | |
| Plaintiffs, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **COMMUNITY CAREPARTNERS, INC.,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on relator Motion to Dismiss *Qui Tam* Action Pursuant to 31 U.S.C. § 3730(b)(1). Having considered relator motion and reviewed the pleadings, including the joint Consent (#48) of the United States of America and the State of North Carolina, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that relator Motion to Dismiss *Qui Tam* Action Pursuant to 31 U.S.C. § 3730(b)(1) (#47) is **GRANTED**, and the claims asserted in this *Qui Tam* action are **DISMISSED** as to relator Megan Parker with prejudice and **DISMISSED** as to the United States of America and the State of North Carolina without prejudice.

The Clerk of Court is instructed to close this case.

Signed: May 10, 2017



Max O. Cogburn Jr.
United States District Judge